UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JG & PG on behalf of their minor child, JG III and :
on their own behalves, LA & GA on behalf of their         08 CV 5668 (SCR)
minor child, FA, and on their own behalves, MS    :
and RS, on their own behaves and on behalf of their
minor child, MAS, TS and NS on behalf of their    :
minor child VS and on their own behalves, LB              NOTICE OF APPEARANCE
on behalf his minor child RB and on his own behalf, :
TC and TC, on behalf of their minor son, NC, and
on their own behalves, RB on behalf of her minor  :
son, NB and on her own behalf,
                                                  :
                Plaintiffs,
                                                  :
        v.
                                                  :
TAMMY CARD, JOYCE SPIEGEL, LORRIE
REYNOLDS, JOSEPH LEVY, SHERRY                     :
STREITAS, CAROL DeALLEAUME,
DR. ROBERT J. REIDY, JR., MAHOPAC                 :
CENTRAL SCHOOL DISTRICT,
                                                  :
                Defendants.
------------------------------------------------------------------X


        PLEASE TAKE NOTICE that Snitow Kanfer Holtzer & Millus, LLP hereby

appears on behalf of defendants Dr. Robert J. Reidy, Jr. and the Mahopac Central School

District and requests that all papers be served at the office address set forth below.

Dated: July 9, 2008

                                        SNITOW KANFER
                                        HOLTZER & MILLUS, LLP

                                By:     _____
                                        Paul E. Millus (PM-8240)
                                        575 Lexington Avenue, 14th Floor
                                        New York, New York 10022
                                        (212) 317-8500
                                        *Attorneys for Defendants*
                                        *Dr. Robert J. Reidy, Jr. And Mahopac*
                                        *Central School District*

TO:     MICHAEL H. SUSSMAN, ESQ.
        Sussman & Watkins
        P.O. Box 1005
        Goshen, New York 10924

        *Attorney for Plaintiffs*

JOHN T. BRENNAN, ESQ.
Henderson & Brennan
222 Mamaroneck Avenue
White Plains, New York 10605

*Attorneys for Tammy Card, Joyce Spiegel,
Lorrie Reynolds, Joseph Levy and
Sherry Streitas*

JOHN P. FLAHERTY, ESQ.
Congdon, Flaherty, O'Callaghan,
 Reid, Donlon, Travis & Fishlinger, LLP
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11553

*Attorneys for Carol DeAlleaume*

M:\CLIENT\444\03\Notice of Appearance.wpd

## CERTIFICATE OF SERVICE

PAUL F. MILLUS hereby certifies that on July 9, 2008 deponent caused a true copy of the within Notice of Appearance to be served via ECF and by mail, by depositing a true copy thereof in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on the following:

MICHAEL H. SUSSMAN, ESQ.
Sussman & Watkins
P.O. Box 1005
Goshen, New York 10924

JOHN T. BRENNAN, ESQ.
Henderson & Brennan
222 Mamaroneck Avenue
White Plains, New York 10605

JOHN P. FLAHERTY, ESQ.
Congdon, Flaherty, O'Callaghan,
 Reid, Donlon, Travis & Fishlinger, LLP
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11553

_____
PAUL F. MILLUS

M:\CLIENT\444\03\Notice of Appearance.wpd