UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JG & PG on behalf of their minor child, JG III and
on their own behalves, LA & GA on behalf of their
minor child, FA, and on their own behalves, MS
and RS, on their own behaves and on behalf of their
minor child, MAS, TS and NS on behalf of their
minor child VS and on their own behalves, LB
on behalf his minor child RB and on his own behalf,
TC and TC, on behalf of their minor son, NC, and
on their own behalves, RB on behalf of her minor
son, NB and on her own behalf,

              Plaintiffs,

    v.

TAMMY CARD, JOYCE SPIEGEL, LORRIE
REYNOLDS, JOSEPH LEVY, SHERRY
STREITAS, CAROL DeALLEAUME,
DR. ROBERT J. REIDY, JR., MAHOPAC
CENTRAL SCHOOL DISTRICT,

              Defendants.
------------------------------------------------------------X

08 CV 5668 (SCR)

STIPULATION AND ORDER



    IT IS HEREBY STIPULATED AND AGREED by and between all Plaintiffs and all Defendants through their undersigned attorneys that the time for the above-referenced Defendants to answer or move in response to the Complaint is hereby extended up to and including August 15, 2008; and

    This stipulation can be executed in multiple copies. A facsimile signature is agreed by all parties to be as valid as an original signature.

Dated: July 10, 2008
       New York, New York

SUSSMAN & WATKINS

By: _____ (3497) 7/10/08

Michael H. Sussman, Esq.
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

*Attorneys for Plaintiffs*

SNITOW KANFER HOLTZER
& MILLUS, LLP

By: _____ (PM P240)

Paul F. Millus, Esq. (PM P240)
575 Lexington Avenue, 14th Floor
New York, New York 10022
(212) 317-8500

*Attorneys for Defendants
Dr. Robert J. Reidy and the Mahopac
Central School District*



HENDERSON & BRENNAN

By: /s/ John T. Brennan
John T. Brennan, Esq. (JB 3068)

*Attorneys for Defendants
Tammy Card, Joyce Spiegel,
Lorrie Reynolds, Joseph Levy
and Sherry Streitas*

CONGDON, FLAHERTY,
O'CALLAGHAN, REID, DONLON,
TRAVIS & FISHLINGER, LLP

By: /s/ Christine Jasmin
John P. Flaherty, Esq. (CG 7778)

*Attorneys for Defendant
Carol DeAlleaume*

ORDERED AND ENTERED this 22nd day of July, 2008

/s/ Stephen C. Robinson
HON. STEPHEN C. ROBINSON

M:\CLIENT\444\03\Stip.Adjourn.wpd

John T. Brennan, Esq. (JB 3068)

ORDERED AND ENTERED