UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JG & PG on behalf of their minor child, JG III and
on their own behalves, LA & GA on behalf of their
minor child, FA, and on their own behalves, MS
and RS, on their own behaves and on behalf of their
minor child, MAS, TS and NS on behalf of their
minor child VS and on their own behalves, LB
on behalf his minor child RB and on his own behalf,
TC and TC, on behalf of their minor son, NC, and
on their own behalves, RB on behalf of her minor
son, NB and on her own behalf,

                           Plaintiffs,

          v.

TAMMY CARD, JOYCE SPIEGEL, LORRIE
REYNOLDS, JOSEPH LEVY, SHERRY
STREITAS, CAROL DeALLEAUME,
DR. ROBERT J. REIDY, JR., MAHOPAC
CENTRAL SCHOOL DISTRICT,

                           Defendants.
-------------------------------------------------------------X

08 CV 5668 (SCR)

NOTICE OF APPEARANCE

C O U N S E L O R S:

       PLEASE TAKE NOTICE, that the defendant, CAROL DeALLEAUME., hereby appears in the above entitled action, and that the undersigned have been retained as attorneys for said defendant, CAROL DeALLEAUME. and demands that plaintiffs, on behalf of themselves nd all others similarly situated, that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Uniondale, New York
      August 15, 2008

                                         Respectfully submitted,

                                         CONGDON,FLAHERTY,O'CALLAGHAN,
                                         REID,DONLON, TRAVIS & FISHLINGER

                                                  By: _____  
                                                       MICHAEL MOUZAKITIS (MM 0064)  
                                               *Attorneys for Defendant, Carol DeAlleaume*  
                                               333 Earle Ovington Boulevard  
                                               Uniondale, New York  11553  
                                               (516) 542-5900  

To:    MICHAEL H. SUSSMAN, ESQ.  
         Sussman & Watkins  
         P.O. Box 1005  
         Goshen, NY  10924  
         *Attorneys for Plaintiffs*

         JOHN T. BRENNAN, ESQ.  
         Henderson & Brennan  
         222 Mamaroneck Avenue  
         White Plains, NY  10605  
         *Attorneys for Defendants, Tammy Card,*  
         *Joyce Spiegel, Lorrie Reynolds,*  
         *Joseph Levy And Sherry Streitas*

         PAUL F. MILLUS, ESQ.  
         Snitow, Kanfer, Holtzer & Millus, LLP  
         575 Lexington Avenue, 14^(TH) Floor  
         New York, NY  10022  
         *Attorneys For Defendants, Robert J. Reidy, Jr.,*  
         *And The Mahopac Central School District*

CERTIFICATE OF SERVICE

MICHAEL MOUZAKITIS hereby certifies that on August 15, 2008, deponent caused a true copy of the within NOTICE OF APPEARANCE to be served via ECF and by mail, by depositing a true copy thereof in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on the following:

>MICHAEL H. SUSSMAN, ESQ.
>Sussman & Watkins
>P.O. Box 1005
>Goshen, NY  10924
>*Attorneys for Plaintiffs*

>JOHN T. BRENNAN, ESQ.
>Henderson & Brennan
>222 Mamaroneck Avenue
>White Plains, NY  10605
>*Attorneys for Defendants, Tammy Card,*
>*Joyce Spiegel, Lorrie Reynolds,*
>*Joseph Levy And Sherry Streitas*

>PAUL F. MILLUS, ESQ.
>Snitow, Kanfer, Holtzer & Millus, LLP
>575 Lexington Avenue, 14TH Floor
>New York, NY  10022
>*Attorneys For Defendants, Robert J. Reidy, Jr.,*
>*And The Mahopac Central School District*

_____
MICHAEL MOUZAKITIS (MM 0064)