UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JG & PG on behalf of their minor child, JG III and
on their own behalves, LA & GA on behalf of their
minor child, FA, and on their own behalves, MS
and RS, on their own behaves and on behalf of their
minor child, MAS, TS and NS on behalf of their
minor child VS and on their own behalves, LB
on behalf his minor child RB and on his own behalf,
TC and TC, on behalf of their minor son, NC, and
on their own behalves, RB on behalf of her minor
son, NB and on her own behalf,

                    Plaintiffs,

               v.

TAMMY CARD, JOYCE SPIEGEL, LORRIE
REYNOLDS, JOSEPH LEVY, SHERRY
STREITAS, CAROL DeALLEAUME,
DR. ROBERT J. REIDY, JR., MAHOPAC
CENTRAL SCHOOL DISTRICT,

                    Defendants.
------------------------------------------------------------X

08 CV 5668 (SCR)

NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the declaration of Paul F. Millus, dated August 15, 2008, the exhibit annexed thereto, the accompanying memorandum of law, and all pleadings and proceedings in this action, Defendants Robert J. Reidy, Jr., and the Mahopac Central School District, by their attorneys, Snitow Kanfer Holtzer & Millus, LLP, will move before United States District Judge Stephen C. Robinson at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601, on October 10, 2008 or a later date to be scheduled by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to a briefing schedule set by the parties, opposition papers shall be served on or before September 15, 2008 and reply papers shall be served on or before October 3, 2008.

Dated: August 15, 2008
       New York, New York

                                        SNITOW KANFER
                                        HOLTZER & MILLUS, LLP

                               By:      _____
                                        Paul F. Millus, Esq.
                                        (PM - 8240)
                                        575 Lexington Avenue, 14th Floor
                                        New York, New York 10022
                                        (212) 317-8500

                                        *Attorneys for Defendants*
                                        *Robert J. Reidy, Jr. and the Mahopac*
                                        *School District*

TO:    MICHAEL H. SUSSMAN, ESQ.
       Sussman & Watkins
       P.O. Box 1005
       Goshen, New York 10924

       *Attorney for Plaintiffs*


       JOHN T. BRENNAN, ESQ.
       Henderson & Brennan
       222 Mamaroneck Avenue
       White Plains, New York 10605

       *Attorneys for Defendants Tammy Card,*
       *Joyce Spiegel, Lorrie Reynolds,*
       *Joseph Levy and Sherry Streitas*


       JOHN P. FLAHERTY, ESQ.
       Congdon, Flaherty, O'Callaghan,
          Reid, Donlon, Travis & Fishlinger, LLP
       333 Earle Ovington Boulevard, Suite 502
       Uniondale, New York 11553

       *Attorneys for Defendant Carol DeAlleaume*

M:\CLIENT\444\02\NOM.wpd

## CERTIFICATE OF SERVICE

      PAUL F. MILLUS hereby certifies that on August 15, 2008 deponent caused a true copy of the within Motion to Dismiss to be served via ECF and by mail, by depositing a true copy thereof in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on the following:

      MICHAEL H. SUSSMAN, ESQ.
      Sussman & Watkins
      P.O. Box 1005
      Goshen, New York 10924

      JOHN T. BRENNAN, ESQ.
      Henderson & Brennan
      222 Mamaroneck Avenue
      White Plains, New York 10605

      JOHN P. FLAHERTY, ESQ.
      Congdon, Flaherty, O'Callaghan,
       Reid, Donlon, Travis & Fishlinger, LLP
      333 Earle Ovington Boulevard, Suite 502
      Uniondale, New York 11553

                                        _____
                                        PAUL F. MILLUS

M:\CLIENT\444\02\NOM.wpd